**Antonio V. POWELL, Plaintiff— Appellant,**

v.

**Augustus KING, Lieutenant; Clarence, Sergeant; Collin Whitaker, Correctional Officer; Karl Council, Correctional Officer; Larry Higgs, Correc-**

tional Officer; Rachel Reynolds, Nurse; Ollie Matthews, Nurse; Donna Brown, Nurse; John Grimes, Nurse, Defendants—Appellees.

No. 04–7752.

United States Court of Appeals, Fourth Circuit.

Submitted: April 6, 2005.

Decided: April 22, 2005.

Antonio V. Powell, Appellant pro se.

Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina; William Carleton Metcalf, Van Winkle, Buck, Wall, Starnes & Davis, P.A., Asheville, North Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio V. Powell appeals the district court's order granting summary judgment to Defendants and denying relief on his 42 U.S.C. § 1983 (2000) complaint in which he alleged deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Powell v. King, No. CA–03–102–H (E.D.N.C. Aug. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*